IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JIMMY HANCOCK                                                                                    PLAINTIFF

                 v.                  Civil No. 5:17-cv-05018

BLAKE CHANCELLOR, Public                               DEFENDANTS
Defender; JOHN DOE DETECTIVES
AND TRANSPORT OFFICERS,
Fayetteville Police Department; and
JOHN DOE BOOKING OFFICERS,
Washington County Detention Center

## **JUDGMENT**

For the reasons stated in the opinion filed this date, this case is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). The dismissal of this case constitutes a strike pursuant to 28 U.S.C. § 1915(g). The Clerk is directed to place a § 1915 strike flag on the case.

IT IS SO ORDERED on this 3rd day of May, 2017.

                                                                /s/ P. K. Holmes, III
                                                                HON. P. K. HOLMES, III
                                                                CHIEF U.S. DISTRICT JUDGE